# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

PAUL J. WROBLESKI,                                           Civil No. 05-2732 (DWF/JSM)

           Petitioner,

v.                                                                              **ORDER**

STATE OF MINNESOTA,

           Respondent.

---

Paul J. Wrobleski, *Pro Se*, Petitioner.

Michael K. Junge, Assistant McLeod County Attorney, McCleod County Attorney's Office, counsel for Respondent.

---

       This matter is before the Court upon Petitioner's objections to Magistrate Judge Janie S. Mayeron's Report and Recommendation dated April 27, 2006, recommending that: (1) Petitioner's application for habeas corpus relief under 28 U.S.C. § 2254 be dismissed without prejudice; (2) Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus be granted; and (3) Petitioner's Motion to Grant Appropriate Relief be denied.

       The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Petitioner's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Petitioner Paul J. Wrobleski's objections (Doc. No. 12) to Magistrate Judge Janie S. Mayeron's Report and Recommendation dated April 27, 2006, are **DENIED**.

2. Magistrate Judge Janie S. Mayeron's Report and Recommendation dated April 27, 2006 (Doc. No. 11), is **ADOPTED**.

4. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE.**

5. Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus (Doc. No. 3) is **GRANTED**.

6. Petitioner's Motion to Grant Appropriate Relief (Doc. No. 5) is **DENIED**.

Dated: May 19, 2006          s/Donovan W. Frank
                             DONOVAN W. FRANK
                             Judge of United States District Court